1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  ILA C. DEISS, (NYSBN 3052909)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-7124
6       FAX: (415) 436-7169

7  RAMA TAVVA
   Certified Student Attorney
8
   for Respondents
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12
   ABDUL SALEEM,                    )    No. C 09-1859 SC
13                                  )
                    Petitioner,     )
14                                  )
          v.                        )
15                                  )    STIPULATION TO DISMISS; AND
   JANET NAPOLITANO, Secretary,     )    [PROPOSE] ORDER
16 Department of Homeland Security; )
   ROBIN BARRETT, Field Office Director )
17 San Francisco Field Office, United States )
   Citizenship and Immigration Services, )
18                                  )
                    Respondents.    )
19 _____ )

20

21

22

23

24

25

26

27

28

STIPULATION TO DISMISS
No. C 09-1859 SC                    1

1  Petitioner, by and through his attorney of record, and Respondents, by and through their
2  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
3  above-entitled action.
4  Each of the parties shall bear their own costs and fees.

Dated: June 18, 2009                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: June 18, 2009                    _____/s/_____
JONATHAN M. KAUFMAN
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED:   June 19, 2009              _____
                                    SAMUEL CONTI
                                    United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

STIPULATION TO DISMISS
No. C 09-1859 SC                         2